United States District Court
Southern District of Texas
**ENTERED**
October 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IDRIS A-R.[1], § | |
|     Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:25-cv-167 |
| § | |
| KRISTI NOEM, *et al.*, § | |
| *in their official capacities*, § | |
|     Respondents. § | |

## ORDER GRANTING UNOPPOSED MOTION ON SEALED DOCUMENTS (Dkt. No. 13)

On October 22, 2025, the Court held a status conference to discuss Respondent's pending "Unopposed Motion to Unseal DE 1, 10, and 12." Respondent clarified that Respondent seeks file-stamped copies of Dkt. Nos. 1, 10, and 12. Respondent also repeated the request to share the file-stamped copies of these filings with agency counsel and relevant witnesses. Petitioner orally reaffirmed that he is unopposed to Respondent's request.

Accordingly, the Court **GRANTS** Respondent's Unopposed Motion (Dkt. No. 13).

The Clerk of Court is **DIRECTED** to provide copies of Dkt. Nos. 1, 10, and 12 in this case to the Office of the U.S. Attorney in Corpus Christi, Texas. These sealed documents (Dkt. Nos. 1, 10, and 12) may be shared with the relevant defendants for litigation purposes.

Signed on October 22, 2025.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the claimant only by first name and last initials.