United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| IDRIS ABDUL RAHIM, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00167 |
| | § | |
| KRISTI NOEM, *et al.* | § | |
| "Respondents." | § | |

## ORDER

Before the Court is the "Rule 41 Joint Stipulation of Dismissal" (Dkt. No. 17). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against the Defendant are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on  March 2, 2026.

Rolando Olvera
United States District Judge

1 / 1